THIRD AVENUE RAILWAY COMPANY et al., Respondents, *v.* CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee et al., Respondents, and GUSTAVE G. KOPPEL et al., Appellants, Impleaded with Others.

Argued October 28, 1942; decided December 11, 1942.

*Joseph M. Proskauer, Abraham L. Pomerantz* and *Edward M. Garlock* for appellants.

*Alfred T. Davison, Addison B. Scoville* and *David C. Keane, Jr.* for plaintiffs, respondents.

*Eugene Untermyer* and *Milton E. Mermelstein* for H. Alvin McAleenan et al., defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.